UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MAXN SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>INTERNATIONAL SERVICES, INC.,<br><br>　　　　　Defendant.<br>_____/ | No. C 13-02729 MEJ<br><br>**ORDER RESETTING INITIAL CMC AND ADR DEADLINES** |

　　　Pursuant to the parties' August 14, 2013 Stipulation, the Court re-sets the Initial CMC and ADR deadlines as follows:

　　　The ADR deadlines are extended to October 6, 2013.

　　　The parties Rule 26(f) Report, initial disclosures, and case joint Case Management Statement shall be due October 24, 2013.

　　　The Initial Case Management Conference is continued to October 31, 2013, at 10:00 a.m. in Courtroom B.

　　　**IT IS SO ORDERED.**

Dated: September 6, 2013

_____
Maria-Elena James
United States Magistrate Judge